O                          **PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 07-1093-VAP (JCRx)                  Date:  October 21, 2008

Title:   LENORA HUMPHREY-BAKER -v- UNITED AIRLINES, INC. and DOES 1-20, inclusive

================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (IN CHAMBERS)

      On or about September 22, 2008, Defendant submitted a document with 87 objections to plaintiff's evidence, titled "Defendant's Objections to Evidence Submitted in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment."  Defendant assigned a number to each Objection, quoted the material to which Defendant objected, and offered grounds for each objection.  The Court refers to the Defendant's Objections by number here.
///
///

Plaintiff objected to Defendant's evidence offered in support of summary judgment in her Opposition to Defendant's Separate Statement of Alleged Undisputed Facts. Where applicable, the Court addressed those objections in the text of the Order Granting Summary Judgment, issued concurrently with this Order.

The Court <u>sustains</u> Objections Nos. 1, 2, 3, 5, 6, 10, 14, 15, 17, 18, 23, 24, 28, 29, 34, 35, 38, 43, 45, 46, 47, 48, 51, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 74, 75, 76, 77, 79, 80, 81, 82, 84, 85, 86, and 87.

Regarding Objection No. 2, the Court considered the corrected versions of the deposition transcripts.

The Court <u>overrules</u> Objections Nos. 8, 9, 11, 12, 13, 16, 19, 20, 21, 25, 27, 30, 31, 32, 33, 36, 40, 41, 42, 44, 49, 50, 52, 53, 54, and 73.

The Court <u>sustains in part and overrules in part</u> Defendant's remaining Objections as follows.

Objection No. 4: the Court sustains the objection to the statement in Plaintiff's Declaration at ¶ 6 that begins "During the time I worked at Ontario Airport . . ." and ends "United employees at Ontario from 2002-06."

Objection No. 7: the Court sustains the objection to the statement in Plaintiff's Declaration at ¶ 9 that begins "In the ten years that I worked as a United . . ." and ends "directing them to the correct gate"; the Court sustains the objection to the sentence in the same paragraph that begins "From 1988 to the end of my employment. . ."

Objection No. 22: the Court sustains the objection to the sentence in Plaintiff's Declaration at ¶ 46 that begins "This practice was encouraged . . ."

Objection No. 26: the Court sustains the objection to the quoted portion of Plaintiff's Declaration at ¶ 52: "ignoring the Seniority provision of the Collective Bargaining Agreement."
///
///
///

EDCV 07-1093-VAP (JCRx)
LENORA HUMPHREY-BAKER v UNITED AIRLINES, INC. and DOES 1-20, inclusive
MINUTE ORDER of October 21, 2008

      Objection No. 37: the Court sustains the objection to the statement in Plaintiff's Declaration at ¶ 65 that begins "My job as a CSR at Ontario Airport. . ." and ends ". . . remained up to the termination of my employment."

      Objection No. 39: the Court sustains the objection to the statement in Plaintiff's Declaration at ¶ 67 which reads: "and the physical activity of work improved my general health."

      Objection No. 57: the Court sustains the objection to the statement in Plaintiff's Declaration at ¶ 97 that begins "On the Assessment of Functional Capabilities Form. . . " and concludes, "This too was untrue."

      Objection No. 78: the Court sustains the objection to the statement in Plaintiff's Declaration at ¶ 123 that reads: "At the time I was terminated on July 1, 2006, the jobs I was trained [*sic*] and did for United Airlines, Ticket Counter and Gate Agent [*sic*] were available at United Airlines."

      Objection No. 83: the Court sustains the objection to the statement in the Declaration of Goldie Hortemiller at ¶ 4 that reads: "In October of 1998, shortly after the new Ontario Airport opened, Lennie Humphrey Baker incurred an injury and was out of work for quite a while."

      Except for these statements, the Court overrules these Objections.

      **IT IS SO ORDERED.**