JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA HUMPHREY-BAKER,<br><br>          Plaintiff,<br><br>   v.<br><br>UNITED AIRLINES, INC.<br>and DOES 1-20,<br>inclusive,<br><br>          Defendants. | Case No. EDCV 07-1093-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: October 21, 2008

                                     VIRGINIA A. PHILLIPS
                              United States District Judge