1  SEYFARTH SHAW LLP
   Colleen M. Regan (State Bar No. 120284)
2  Email: cregan@seyfarth.com
   Laura Reathaford (State Bar No. 254751)
3  Email: lreathaford@seyfarth.com
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Attorneys for Defendant United Air Lines, Inc.

7  LAW OFFICES OF VINCENT P. NOLAN
   Vincent P. Nolan (State Bar No. 89993)
8  Email: vpnlaw@vincentnolan.com
   3877 Twelfth Street
9  Riverside, CA 92501
   Telephone: (951) 788-1747
10 Facsimile: (951) 788-9040

11 Attorney for Plaintiff Lenora Humphrey-Baker

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA HUMPHREY-BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIR LINES, INC., and Does 1-20, Inclusive,<br><br>　　　　Defendants. | Case No ED CV 07-01093 VAP (VBKx)<br><br>**JOINT STIPULATION RE DISMISSAL** |

1
**JOINT STIPULATION RE DISMISSAL**

13586227v.1

1     WHEREAS the parties have reached settlement in the above matter;

2     IT IS THEREFORE STIPULATED by and between the parties through their respective counsel, that this action shall be dismissed with prejudice forthwith, with each party to bear its own costs.

DATED: August 19, 2011

SEYFARTH SHAW LLP

By_____
Colleen Regan
Laura Reathaford
Attorneys for Defendant United Air Lines, Inc.

DATED: August 4, 2011

LAW OFFICE OF VINCENT P. NOLAN

By Vincent P Nolan (Digitally signed by Vincent P Nolan, Date: 2011.08.04 10:01:32 -07'00')

Vincent P. Nolan
Attorney for Plaintiff Lenora Humphrey-Baker

IT IS SO ORDERED

Dated Aug 24 2011

_____
Virginia A. Phillips
United States District Judge

2
**JOINT STIPULATION RE DISMISSAL**

13586227v.1